USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/15/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

v.

SHANE DOTTLE,

              Defendant.

No. 18-cr-151 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On consent of Mr. Dottle, no later than 11:00 p.m. tonight, he must check into St. John's Riverside Hospital, after which he will enroll in rehab and an in-patient drug treatment program, as directed by his Pretrial Services Officer.

SO ORDERED.

Dated:    November 15, 2019
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge