USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
:
UNITED STATES OF AMERICA          :
:   18-CR-151(RA)
-against-                         :
:   ORDER
Shane Dottle                      :
:
Defendant                         :
:
----------------------------------X

Ronnie Abrams, United States District Judge:

On consent of Shane Dottle ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓, it is hereby ORDERED that he participate and successfully complete 28 days of rehabilitation services at either Cornerstone of Medical Arts located at 159-05 Union Turnpike, Fresh Meadows, New York 11366, or Cornerstone of Rhinebeck located at 500 Milan Hollow Road Rhinebeck, New York 12574, beginning on November 16, 2019.

Dated: New York, New York
       November 18, 2019

SO ORDERED:

Ronnie Abrams
United States District Judge