# SHEARMAN & STERLING LLP

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

christopher.lavigne@shearman.com
1.212.848.4432

**VIA ECF**

January 31, 2020

The Honorable Ronnie Abrams
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Re: <u>**United States v. Shane Dottle, 18-cr-00151-RA-1**</u>

Dear Judge Abrams:

We represent defendant Shane Dottle in the above-referenced matter. We submit this letter to respectfully request that Shane be permitted to travel to Trinitas Regional Medical Center in the District of New Jersey on Sunday, February 2, 2020, so that he may visit a close relative who is on life support.

Pursuant to the Court's November 18, 2019 Order, Shane successfully completed treatment at Cornerstone of Medical Arts and is currently receiving inpatient treatment at Odyssey House. Pretrial Services ("PTS") reports that he has been doing well in treatment and is on track for recovery. Recently, a close relative of Shane's was placed on life support and Shane would like to visit and pay his respects. If our request is granted, Shane will travel to Elizabeth, New Jersey at 9:00 AM on the morning of Sunday, February 2, 2020, and return to Odyssey House no later than 9:00 PM that evening. PTS has approved this request given Shane's ongoing success in treatment.

We thank the Court for its consideration of this matter.

Sincerely,

/s/ **Christopher LaVigne**
Christopher LaVigne

CC: Jonathan Rebold, Assistant United States Attorney
Carlos Ramirez, Pretrial Services Officer
Rena Bolin, Pretrial Services Officer

APPLICATION GRANTED
SO ORDERED

RONNIE ABRAMS, U.S.D.J.
1-31-20

SHEARMAN.COM

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.