SHEARMAN & STERLING LLP

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

christopher.lavigne@shearman.com
1.212.848.4432

**APPLICATION GRANTED**

_[signature]_

Hon. Ronnie Abrams
United States District Court
Dated: 2-19-20

VIA ECF

February 18, 2020

The Honorable Ronnie Abrams
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Re: <u>United States v. Shane Dottle, 18-cr-00151-RA-1</u>

Dear Judge Abrams:

We represent defendant Shane Dottle in the above-referenced matter. We submit this letter to respectfully request that Shane be permitted to travel to Linden, New Jersey in the District of New Jersey on Thursday, February 20, 2020, so that he may attend the funeral of his aunt, who passed away over the weekend.

The Court is familiar with this underlying set of facts, as it granted Shane permission to travel to Elizabeth, New Jersey on February 2, 2020 in order to pay his respects to his aunt, who was on life support at the time. Shane abided by the terms of the Court's order and is continuing to do well in inpatient treatment. Shane's aunt unfortunately passed away on February 17, 2020. If our request is granted, Shane will travel to Krowicki McCracken Funeral Home in Linden, New Jersey at 5:00 PM in the afternoon of Thursday, February 20, 2020, and return to Odyssey House no later than 12:00 AM that evening. We conferred with PTS today, and it has approved this request given Shane's ongoing success in treatment.

We thank the Court for its consideration of this matter.

Sincerely,

/s/ Christopher LaVigne
Christopher LaVigne

CC: Jonathan Rebold, Assistant United States Attorney
Carlos Ramirez, Pretrial Services Officer
Rena Bolin, Pretrial Services Officer

MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/20

SHEARMAN.COM

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.