```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SHANE DOTTLE,

                Defendant.

No. 18-CR-151

ORDER

RONNIE ABRAMS, United States District Judge:

        It is hereby ORDERED that the defendant remain detained until July 6, 2020 at 9:30am, at which time, he shall be released to Pretrial Services to facilitate the transportation of the defendant to Samaritan Village, where he will complete in-patient substance abuse treatment for a period time as recommended by the provider, but likely for at least six months. Bond previously issued remains in effect after his release.

SO ORDERED.

Dated:    July 1, 2020
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge