UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA,

                                               1: 18-CR-00151 (RA)

   -against-                                        ORDER

SHANE DOTTLE,

                     Defendant.
-----------------------------------------------------X

Ronnie Abrams, United States District Judge:

It is hereby ORDERED on consent that the defendant's bail be modified to the following upon his release from inpatient treatment on December 6, 2020:

- Pretrial Services supervision, as directed;
- Travel restrictions to the Southern and Eastern Districts of New York;
- Surrender passport and make no new applications;
- Home detention enforced by location monitoring/GPS to include a two-hour leave time per day within a one to two-mile radius of his apartment;
- Intensive outpatient treatment, to include drug testing; alcohol anonymous meetings; obtain a sponsor within 30 days;
- Seek employment or enroll in vocational program.

Dated: New York, New York
       December 4, 2020

                                                              SO ORDERED:

                                                               _____

                                                                   Ronnie Abrams
                                                          United States District Judge