SHEARMAN & STERLING LLP

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

christopher.lavigne@shearman.com
1.212.848.4432

> Application granted.
>
> SO ORDERED.
>
> _____
>
> Ronnie Abrams, U.S.D.J.
> July 13, 2021

**VIA ECF**

July 13, 2021

The Honorable Ronnie Abrams
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007-1312

      Re:    <u>United States v. Shane Dottle, 18-cr-00151-RA-1</u>

Dear Judge Abrams:

    We represent defendant Shane Dottle in the above-referenced matter. We submit this letter to respectfully request that Shane be permitted to travel to the District of New Jersey to see his family from Thursday, July 15 to Friday, July 16, 2021. We have confirmed with Pretrial Services and the Government that they have no objection to this request.

    As the Court knows, since Shane's release from inpatient treatment in December 2020, Shane has done well in complying with his bail conditions and been working full-time since April 2021. Shane's bail conditions were recently modified to reflect this progress. Shane has also not seen his family since the onset of the COVID-19 crisis. If our request is granted, Shane will travel to New Jersey by NJ Transit on the morning of July 15, 2021 and return to his home in the Bronx the following morning. Shane's sister will pick Shane up from the NJ Transit station in Secaucus, New Jersey and take him to her home in Lyndhurst, New Jersey. Shane will remain with his sister for the entirety of his visit

    We thank the Court for its consideration of this matter.

    Sincerely,

    **/s/ Christopher LaVigne**
    Christopher LaVigne

**CC:**    Jonathan Rebold, Assistant United States Attorney
        Rena Bolin, Pretrial Services Officer

SHEARMAN.COM

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.