USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7-28-2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SHANE DOTTLE,

Defendant.

No. 18-CR-151 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of Shane Dottle's continued participation in the Young Adult Opportunity Program, time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) to April 28, 2022.

SO ORDERED.

Dated:   July 28, 2021
         New York, New York

Ronnie Abrams
United States District Judge