UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA,

                                             1: 18-CR-00151 (RA)

    -against-                                ORDER

SHANE DOTTLE,

                 Defendant.
-----------------------------------------------------X

Ronnie Abrams, United States District Judge:

Upon information provided by Pretrial Services and consent of all parties, it is hereby ORDERED that the defendant's bail be modified to remove home detention enforced by location monitoring/GPS including the one to two-mile radius requirement, and to impose a curfew/GPS enforced by location monitoring with hours to be set by Pretrial Services. All other conditions to remain in effect.

    Dated: New York, New York
           August 23 , 2021

                                                      SO ORDERED:

                                                      _____
                                                      Ronnie Abrams
                                          United States District Judge