**SHEARMAN & STERLING LLP**

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

john.nathanson@shearman.com
1.212.848.8611

**VIA ECF**

February 17, 2022

The Honorable Ronnie Abrams
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 17, 2022

Re: <u>United States v. Shane Dottle, 18-cr-00151-RA-1</u>

Dear Judge Abrams:

I am representing defendant Shane Dottle in the above-referenced matter while my colleague Christopher LaVigne is out of office on leave. We submit this letter to respectfully request that Shane be permitted to travel to the District of New Jersey from Tuesday, February 22 until Thursday, February 24 to celebrate his birthday with his sister. We have confirmed with Pretrial Services and the Government that they have no objection to this request.

Since his release from inpatient treatment in December 2020, Shane has done well in complying with his bail conditions, has worked full-time since April 2021, and graduated from the YAOP program in November 2021. If our request is granted, Shane will travel to New Jersey by NJ Transit on the evening of February 22 and return to his home in the Bronx by his usual curfew on February 24. Shane's sister will pick him up from the NJ Transit station in Secaucus, New Jersey and take him to her home in Lyndhurst, New Jersey. He will remain with his sister for the entirety of his visit

We thank the Court for its consideration of this matter.

Sincerely,

/**s**/ *John Nathanson*
John Nathanson

CC: Jonathan Rebold, Assistant United States Attorney
Shawn Bostic, Pretrial Services Officer

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.