# S H E A R M A N & S T E R L I N G LLP

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

christopher.lavigne@shearman.com
1.212.848.4432

**VIA ECF**

April 25, 2022

The Honorable Ronnie Abrams
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
April 26, 2022

Re: <u>**United States v. Shane Dottle, 18-cr-00151-RA-1**</u>

Dear Judge Abrams:

We represent defendant Shane Dottle in the above-referenced matter. We submit this letter to respectfully request that Shane be permitted to travel to the District of New Jersey on Sunday, May 1, 2022 to attend his sister's baby shower. We have confirmed with Pretrial Services and the Government that they have no objection to this request.

If our request is granted, Shane will travel to New Jersey by NJ Transit in the morning of May 1 and return to his home in the Bronx by his usual curfew that same day. Shane's sister will pick him up from the NJ Transit station in Secaucus, New Jersey and take him to her home in Lyndhurst, New Jersey. He will remain with his sister for the entirety of his visit

We thank the Court for its consideration of this matter.

Sincerely,

/**s**/ *Christopher LaVigne*
Christopher LaVigne

**CC:**   Jonathan Rebold, Assistant United States Attorney
Shawn Bostic, Pretrial Services Officer

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.